ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

SEP - 9 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
HENRY K III SIMPSON ) Case No. 04-56283 MM
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2454356 for an unclaimed dividend in the amount of $19.09. The name and address of the claimant entitled to the unclaimed dividend is as follows;

HENRY K III SIMPSON
1404 SIMPSON CT
MARINA, CA 93933

Dated: September 04, 2009

_____
DEVIN DERHAM-BURK, TRUSTEE